# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>ERICK RUIZ-GONZALEZ,<br><br>Defendant. | Case No. 21CR3213-CAB<br><br>**ORDER AND JUDGMENT TO DISMISS THE INFORMATION WITHOUT PREJUDICE AND EXONERATE BOND** |
|---|---|

Upon motion by the United States and for good cause,

**IT IS HEREBY ORDERED** the United States' Motion to Dismiss the Information is **GRANTED**.

**IT IS THE JUDGMENT OF THE COURT** the Information is dismissed without prejudice and the bond is exonerated.

**IT IS SO ORDERED.**

DATED: December 7, 2021.

_____
Honorable Cathy Ann Bencivengo
United States District Court Judge